**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2284**

MYRTLE CROSS,

             Plaintiff - Appellant,

      v.

BANKRUPTCY ADMINISTRATOR,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:08-cv-00258-BO)

Submitted:  February 26, 2009         Decided:  March 3, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Myrtle Cross, Appellant Pro Se.  Jeffrey M. Cook, OFFICE OF THE
BANKRUPTCY ADMINISTRATOR, Raleigh, North Carolina; Marjorie Keys
Lynch, OFFICE OF THE BANKRUPTCY ADMINISTRATOR, Wilson, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Myrtle Cross appeals the district court's order dismissing her appeal from the bankruptcy court's order denying her motion to reopen a Chapter 11 proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cross v. Bankruptcy Adm'r, No. 5:08-cv-00258-BO (E.D.N.C. Nov. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED